No. 48075.—Protests 840184–G, etc., of A. D. Cohen Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) certain of the hemp hats in question were held dutiable under paragraph 1504 (b) (1) as claimed.

No. 48076.—Protests 499123–G, etc., of John H. Tice, Jr., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the protests were sustained.

BEFORE THE SECOND DIVISION, MARCH 6, 1943

No. 48077.—Protest 810786–G of New York Mdse. Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the thimbles, atomizers, powder boxes, and marcel irons, in question were held dutiable as household utensils at 40 percent under paragraph 339 following Abstract 29990, *Irving W. Rice Co.* v. *United States* (T. D. 49373), *Viking Trading Co.* v. *United States* (2 Cust. Ct. 237, C. D. 132), and Abstract 38680; and the brass base shells were held dutiable at 35 percent under paragraph 353 as parts of articles having as an essential feature an electrical element or device, such as signs, following *New York Merchandise Co., Inc.* v. *United States*, (8 Cust. Ct. 209, C. D. 607). Protest sustained in part.

No. 48078.—Protest 824352–G of New York Merchandise Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) Savings banks at 40 percent under paragraph 339 as household utensils, following Abstract 38680; (2) brass base shells at 35 percent under paragraph 353 as parts of articles having as an essential feature an electrical element or device, such as signs, following *New York Merchandise Co., Inc.* v. *United States* (8 Cust. Ct. 209, C. D. 607); (3) marcel irons as household utensils at 40 percent under paragraph 339 on the authority of Abstract 38680; and (4) savings banks at 40 percent under paragraph 339, as hollow ware, following Abstract 42749. Protest sustained in part.